SEYFARTH SHAW LLP
Elisabeth Watson (SBN 184332)
ewatson@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Galen P. Sallomi (SBN 306743)
gsallomi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
HERTZ LOCAL EDITION CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM MILLS, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>HERTZ LOCAL EDITION CORP., a Delaware corporation; and DOES 1 through 50,<br><br>        Defendants. | Case No. 3:26-cv-01961-WQH-DDL<br><br>[San Diego County, Case No. 26CL009493C]<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Date Action Filed: February 13, 2026<br>Trial Date:  None Set |
| --- | --- |

JOINT STIPULATION FOR DISMISSAL

326140197v.1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Civil Rule 7.2, Plaintiff William Mills and Hertz Local Edition Corp. (collectively "Parties") hereby file the following stipulated motion:

1. The Parties respectfully request that the Court enter the proposed order submitted through email as required by Local Rule 7.2(c) to dismiss with prejudice this entire action as to all parties and all causes of action.

2. The Parties will bear their own costs and fees.

3. The Parties hereby jointly move the Court to dismiss with prejudice this entire action as to all parties and all causes of action.

4. All attorneys below have provided their consent for their signature on this document.

IT IS SO STIPULATED.

DATED: June 26, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Galen Sallomi*
Elisabeth Watson
Galen Sallomi
Attorneys for Defendant Hertz Local
Edition Corp.

DATED: June 26, 2026

WORKRIGHT LAW, APC

By: */s/ Ash Bhargava*
Ash Bhargava
Attorneys for Plaintiff William Mills

2

JOINT STIPULATION FOR DISMISSAL

326140197v.1