UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MILLS, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>HERTZ LOCAL EDITION<br>CORP., a Delaware corporation;<br>and DOES 1 through 50,<br><br>                    Defendants. | Case No.: 26-cv-01961-WQH-DDL<br><br>**ORDER** |

HAYES, Judge:

On June 26, 2026, Plaintiff William Mills and Defendant Hertz Local Edition Corp. filed a Joint Motion to Dismiss. (ECF No. 8.)

IT IS HEREBY ORDERED that the Joint Motion to Dismiss (ECF No. 8) is granted. This action is dismissed with prejudice. Each party shall bear its own costs and fees. The Clerk of Court shall close this case.

Dated: July 6, 2026

Hon. William Q. Hayes
United States District Court

1

26-cv-01961-WQH-DDL